UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES W. CAUGER, *et al.*,

Plaintiffs,

v.

TEXAS INSTRUMENTS INCORPORATED
and JOHN DOE,

Defendants.

CIVIL ACTION NO.
1:16-cv-10358-DPW

## ORDER

IT IS HEREBY ORDERED that the United States Department of Labor shall produce to counsel for the Defendant Texas Instruments Incorporated, full and complete copies of the following twenty-six (26) Energy Employees Occupational Illness Compensation Program claim files. This Order explicitly waives all terms of the Privacy Act, 5 U.S.C. §552(a), regarding the full and complete Department of Labor Energy Employees Occupational Illness Compensation Program Act claim files for the below-listed twenty-six (26) cases.

| Claimant Name | United States District Court Civil Action Number | Department of Labor File Number/ Case ID Number or Docket Number |
|---|---|---|
| Charles W. Balser | 1:16-cv-12352 | XXX-XX-0398/ 20130403-12006640-1 |
| Linda Bozek | 1:16-cv-12338 | XXX-XX-2049 |
| James W. Cauger | 1:16-cv-10358 | XXX-XX-6967/ 20151116-50001636-3 |
| Michael P. DiIorio | 1:16-cv-12353 | XXX-XX-2545/ 20140905-50001853-1 |
| Juliano DiRenzo | 1:16-cv-12354 | XXX-XX-7981/ 20141017-50001852-1 |
| Irma Dratwinski | 1:16-cv-12339 | XXX-XX-1435 |

| Carl F. Ellery | 1:16-cv-12355 | XXX-XX-9689/ 2050522-50003762-1 |
| --- | --- | --- |
| Richard H. Gaboury | 1:16-cv-12356 | XXX-XX-6782 |
| Eugene F. Garneau | 1:16-cv-12357 | XXX-XX-1246/ 20150612-50005117-1 |
| Evans Gilmore | 1:16-cv-12373 | XXX-XX-2271/ 20141029-50002233-1 |
| Lyford W. Gorman | 1:16-cv-12358 | XXX-XX-9469/ 50001850 |
| Joseph Grenier | 1:16-cv-12341 | XXX-XX-7584/ 20141022-50001749 |
| Theodore Guimond | 1:16-cv-12359 | XXX-XX-3264/ 20150123-50004225-1 |
| Charles Latimer, Jr. | 1:16-cv-12369 | XXX-XX-8906/ 20141031-50001750 |
| Blanche Leary | 1:16-cv-12368 | XXX-XX-4510/ 20140922-50001575 |
| Elizabeth A. McCretton | 1:16-cv-12367 | XXX-XX-1541/ 20131030-12008645-1 |
| Irene Moitoza | 1:16-cv-12366 | XXX-XX-6232/ 20150701-50001941-2 |
| Susan Neveu | 1:16-cv-12365 | XXX-XX-1699 |
| Charmayne Phillips | 1:16-cv-12342 | XXX-XX-8211/ 20150615-50006639-1 |
| Edward L. Schulze | 1:16-cv-12364 | XXX-XX-7873/ 20140909-50002312-1 |
| Rose T. Sheldon | 1:16-cv-12363 | XXX-XX-6836/ 20141203-50001851-2 |
| Pierrette M. Sullivan | 1:16-cv-12362 | XXX-XX-9400/ 20130920-12007809-1 |
| Elmer Thornhill | 1:16-cv-12361 | XXX-XX-2504/ 20141010-50001751-1 |
| Brett Torngren | 1:16-cv-12345 | XXX-XX-9512 |
| Frank Torngren | 1:16-cv-12343 | XXX-XX-8909/ 20141002-50002534-1 |
| Barbara M. Turgeon | 1:16-cv-12360 | XXX-XX-4076/ 20141203-50003480-1 |

DATED: September 17th, 2018

SO ORDERED

_____
Magistrate Judge M. Page Kelley
United States District Court

922763.v1